AO91 (Rev. 8/01)   Criminal Complaint

# UNITED STATES DISTRICT COURT

SOUTHERN            DISTRICT OF            TEXAS

UNITED STATES OF AMERICA
V.
**Rafael Medina FLORES**

MEXIC

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: L-12-PO12517

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **11/20/2012** in **Laredo**, **Webb** County, in the **Southern** District of **Texas** **Rafael Medina FLORES** defendant(s), an alien, did unlawfully enter and attempt to enter the United States at a place other than designated by immigration officer

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: Based on statements of the accused and records of the U.S. Department of Homeland Security.

Furthermore, it is based on verbal statements by, Rafael Medina FLORES, who admitted to being a citizen of Mexico, who entered or attempted to enter illegally into the United States by wading the Rio Grande River near, Laredo, Texas, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States.  This illegal entry or attempted entry took place on November 20, 2012

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

/S/
Signature of Complainant

Charles Mellado
Printed Name of Complainant

Sworn to before me and signed in my presence,

11/23/2012                                                                    at   Laredo, Texas
Date                                                                                 City and State

Guillermo Garcia, U.S. Magistrate Judge
Name and Title of Judicial Officer                                Signature of Judicial Officer